UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Kollett A. Kaehlert, et al

    Plaintiffs,                 **ORDER**

v.                              Civil 10-4282 PAM/SER

Fieldstone Mortgage Company, et al

    Defendants.

The Court Vacates the Order of Dismissal filed March 11, 2011 (Docket #4). The summons was served on defendants within the 120 days as set forth by the Local Rules.

Therefore, the Clerk of Court is directed to reopen this action.

Pursuant to the Stipulation to Extend Time to Answer the Defendant HSBC Mortgage Services, Inc., shall have until March 31, 2011 to file and serve its answer.

Dated: March 17, 2011                        s/Paul A. Magnuson
                                                      Paul A. Magnuson, Judge
                                                      United States District Court