UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Kollett A. Kaehlert and William A. Kaehlert,

        Plaintiffs,

v.

Fieldstone Mortgage Company, a Maryland corporation, Mortgage Electronic Registration Systems, Inc., a Delaware corporation, HSBC Mortgage Services, Inc., a Delaware corporation, John and Jane Does 1-10,

        Defendants

Case No. 10-cv-04282 (PAM/SER)

**ORDER OF DISMISSAL WITH PREJUDICE**

Upon the stipulation of the parties that have appeared in this matter, and pursuant to Rule of Civil Procedure 41(a)(1)(A)(ii), this action and the claims asserted within it are dismissed with prejudice, with all parties to bear their own costs and attorney fees.

Dated:  June  3,  2011

s/Paul A. Magnuson
UNITED STATES DISTRICT JUDGE
DISTRICT OF MINNESOTA