UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Kollett A. Kaehlert and William A. Kaehlert,

        Plaintiffs,

v.

Fieldstone Mortgage Company, a Maryland corporation, Mortgage Electronic Registration Systems, Inc., a Delaware corporation, HSBC Mortgage Services, Inc., a Delaware corporation, John and Jane Does 1-10,

        Defendants

Case No. 10-cv-04282 (PAM/SER)

**ORDER OF DISMISSAL WITHOUT PREJUDICE**

---

Pursuant to Rule of Civil Procedure 41(a)(1)(A)(i), this action and the claims asserted within it as to Fieldstone Mortgage Company and Mortgage Electronic Registration Systems are dismissed without prejudice.

Dated: June 9, 2011

s/Paul A. Magnuson
UNITED STATES DISTRICT JUDGE
DISTRICT OF MINNESOTA